# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00258-CR

**Alex D. Garza, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT
### NO. 06-918-K26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Alex D. Garza seeks to appeal his conviction for two counts of aggravated sexual assault of a child. The pro se notice of appeal was filed four months after sentence was imposed. *See* Tex. R. App. P. 26.2(a). The trial court has certified that this is a plea bargain case and Garza has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2), (d). The court has also certified that Garza waived the right of appeal. *See Blanco v. State*, 18 S.W.3d 218, 220 (Tex. Crim. App. 2000); *see also Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003). The appeal is dismissed.

_____

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Henson

Dismissed for Want of Jurisdiction

Filed: May 7, 2007

Do Not Publish